charging that this publication was libelous *per se*. The judgment and order appealed from should, therefore, be reversed and a new trial ordered. Scott, J., concurred.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* REUBEN GOLDBERG, Appellant.

*Crime — defrauding person by giving false weight.*

Appeal from a judgment of the Court of Special Sessions, rendered on the 5th day of June, 1911, convicting the defendant of a violation of the Penal Law, section 2411.

DOWLING, J.: Defendant has been convicted of a misdemeanor in violating section 2411 of the Penal Law, which provides as follows: "A person who injures or defrauds another by using with knowledge that the same is false, a false weight, measure or other apparatus, for determining the quantity of any commodity, or article of merchandise, or by knowingly delivering less than the quantity he represents, is guilty of a misdemeanor." Defendant, who was engaged in business as a butcher, was claimed to have violated this section in that he sought to charge one Brennan two dollars and ninety-seven cents as the purchase-price of a turkey claimed by him to weigh eleven pounds, when in fact it weighed but ten and one-half pounds. Brennan parted with no money, for defendant refused to accept a five-dollar bill tendered in payment. There is no claim that false weights were used, and the conviction must rest, if at all, on the contention that defendant had injured or defrauded Brennan in some way by delivering less than the quantity of the article as represented. As Brennan gave no money or other consideration of any kind to defendant, never retained possession of the turkey, and the sale never was actually consummated, he never was injured or defrauded in any way. The evidence discloses no more, at most, than an attempt to commit the crime charged, and falls far short of justifying the conviction. The judgment of conviction must be reversed and the defendant discharged. Ingraham, P. J., Laughlin, Clarke and Scott, JJ., concurred. Judgment reversed and defendant discharged. Order to be settled on notice.

---

In the Matter of Hyman Pouker, Appellant, v. Louis A. Cuvillier, Respondent.— Order affirmed. No opinion. (Clarke, J., dissented.)

In the Matter of William Crowley, Appellant, v. Charles Jacobs, Respondent.— Order affirmed. No opinion.

In the Matter of James J. McAvoy, Appellant, v. Michael J. McGrath, Respondent.— Order affirmed. No opinion.

Sarah Allen, as Administratrix, etc., of Joseph Allen, Deceased, Respondent, v. Myron H. Oppenheim, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissented.)

Phœnix Construction Company, Respondent, v. Cornell Steamboat Company, Appellant. (2 cases.) — Judgments affirmed, with costs. No opinion.

All concurred, Laughlin and Miller, JJ., solely on the ground that authority was given by the Secretary of War to make the borings and anchor the barges in the river.

Phœnix Construction Company, Respondent, Appellant, v. Cornell Steamboat Company, Appellant, Respondent.— Judgment affirmed, without costs. No opinion.

Thomas S. Napier, Appellant, v. Charles Spielmann and Others, Composing the Firm of Spielmann & Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

John G. Wendel, Appellant, v. Royal Insurance Company and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

William H. Stevens, Appellant, v. Olus Manufacturing Company, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. No opinion.

Ruth A. Johnstone, Respondent, v. Mary E. Burhans and Dry Dock Savings Institution, Appellants.— Judgment affirmed, with costs. No opinion.

Louise Iske, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

John Pappas, Respondent, v. New York Contracting Company — Pennsylvania Terminal, Appellant.— Judgment and order affirmed, with costs. No opinion.

Adolf Aspegren and John Aspegren, Appellants, v. The Crandall-Pettee Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Hotel Holding Company, Appellant, v. Wetherbee & Wood, Respondent.— Judgment affirmed, with costs. No opinion.

Alter Hecht, Respondent, v. Louis Bloom, Appellant.— Judgment and order affirmed. No opinion.

William M. Duncan, Respondent, v. Gomprecht Sausage Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

The People of the State of New York, Respondent, v. Edward J. Roberts, Appellant.— Judgment affirmed. No opinion.

Frederick W. Woeckener, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

James G. Blaine, III, as Ancillary Executor, etc., of Mary Nevins Bull, Deceased, Appellant, v. Magnesia-Asbestos Company and Stoneage Plaster Company, Respondents. James G. Blaine, III, as Ancillary Executor, etc., of Mary Nevins Bull, Deceased, Appellant, v. John A. Qualey and Harvey W. Corbitt, Respondents, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Julius Steinwender and Others, Respondents, v. Philadelphia Casualty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.